IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FRANKLIN DELANO JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of counsel for the defendant,

IT IS ORDERED that:

(1)   This matter is removed from the undersigned's May 23, 2005 Omaha trial docket;

(2)   The parties shall contact Magistrate Judge Piester to schedule this matter for a plea hearing;

(3)   For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. sec. 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 20th day of May, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge