```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Docket Number 8:04CR209 |
| v.    ) | |
| ) | |
| FRANKLIN DELANO JENKINS,    ) | |
| ) | ORDER |
| Defendant.    ) | |
| ) | |

IT IS ORDERED:

1. The parties' joint oral motion to continue is granted and the change of plea hearing is continued from July 21 to August 18, 2005 at 2:00 p.m. before the undersigned magistrate judge in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED July 14, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge