IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FRANKLIN D. JENKINS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 93) is granted;

(2) Defendant Jenkins' sentencing is continued to Friday, January 13, 2006, at 11:00 a.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

November 29, 2005.                    BY THE COURT:

                                     s/ Richard G. Kopf
                                     United States District Judge